CO-386
10/2018

# United States District Court
# For the District of Columbia

American Public Health Association et al )
)
)
)
Plaintiff )
vs )  Civil Action No. __25-cv-00167_____
)
Office of Management and Budget et al )
)
)
)
Defendant )

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for  __all Plaintiffs_____  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  __all Plaintiffs_____  which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_/s/ Robin F. Thurston_____
Signature

D.C. Bar No. 462679
BAR IDENTIFICATION NO.

Robin F. Thurston
Print Name

P.O. Box 34553
Address

Washington, DC 20043
City          State          Zip Code

(202) 448-9090
Phone Number