## **PLAINTIFFS LIST**

A complete list of Plaintiffs is as follows:

American Public Health Association; American Federation of Teachers; Minority Veterans of America; VoteVets Action Fund; the Center for Auto Safety, Inc.; Citizens for Responsibility and Ethics in Washington.