IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN PUBLIC HEALTH ASSOCIATION, et al.,<br><br>    v.<br><br>OFFICE OF MANAGEMENT AND BUDGET, et al., | Case No. 25-cv-00167 |

## NOTICE OF ERRATA

On January 20, 2025, Plaintiffs filed a Complaint, ECF No. 1, which names as Defendants the Office of Management and Budget, the Acting Director of Management and Budget, and the Department of Government Efficiency, as an advisory committee subject to the Federal Advisory Committee Act. Plaintiffs submit this Notice of Errata in response to the Court's Notice of New Case Error, which indicates that the Complaint did not comply with LCvR 5.1(c) because it did not include a full residence address for Defendant Department of Government Efficiency. Attached to this Notice is a corrected version of the Complaint, which includes the following residence address for Defendant Department of Government Efficiency in the case caption:

    DEPARTMENT OF GOVERNMENT EFFICIENCY,
    an advisory committee subject to the Federal Advisory Committee Act,
    725 17th Street NW
    Washington, DC 20503

Dated: January 21, 2025

Respectfully submitted,

*/s/ Benjamin Seel*
Robin F. Thurston (D.C. Bar No. 462679)
Aman T. George (D.C. Bar No. 1028446)
Benjamin Seel (D.C. Bar No. 1035286)
Skye L. Perryman (D.C. Bar No. 984573)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
Telephone: (202) 448-9090
Fax: (202) 796-4426
rthurston@democracyforward.org
ageorge@democracyforward.org
bseel@democracyforward.org
sperryman@democracyforward.org

Donald K. Sherman* (N.Y. Bar No. 4636742)
Nikhel S. Sus (D.C. Bar No. 1017937)
CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON
P.O. Box 14596
Washington, D.C. 20004
Telephone: (202) 408-5565
Fax: (202) 588-5020
dsherman@citizensforethics.org
nsus@citizensforethics.org

\**Pro hac vice* motion forthcoming

*Counsel for Plaintiffs*