IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN PUBLIC HEALTH ASSOCIATION, et al., <br><br> v. <br><br> OFFICE OF MANAGEMENT AND BUDGET, et al., | Case No. 25-cv-00167 |

## MOTION FOR ADMISSION OF DONALD K. SHERMAN, *PRO HAC VICE*

Pursuant to Civil Local Rule 83.2(d), Nikhel Sus, a member of the Bar of this Court and counsel for Plaintiffs, hereby moves for the admission *pro hac vice* of Donald K. Sherman in the above captioned case. In support of this motion, the undersigned states as follows:

1. I am a member in good standing of the Bar of this Court.

2. Donald K. Sherman is an attorney with CREW and maintains his office at 1331 F Street NW, Suite 900, Washington, D.C. 20004 and can be reached at (202) 408-5565. As set forth in the attached declaration, Mr. Sherman is an active member in good standing of the New York Bar.

3. Mr. Sherman has not been disciplined by any bar.

4. Mr. Sherman has not been admitted pro hac vice in this Court in the past two years.

5. Mr. Sherman is representing Plaintiffs in this case.

WHEREFORE, movant respectfully requests that the Court enter an order permitting Donald K. Sherman to appear *pro hac vice* in the above-captioned case.

Dated: January 24, 2025                    Respectfully submitted,

*/s/ Nikhel Sus*
Nikhel S. Sus (D.C. Bar No. 1017937)
CITIZENS FOR RESPONSIBILITY AND
ETHICS IN WASHINGTON
P.O. Box 14596
Washington, D.C. 20044
Telephone: (202) 408-5565
Fax: (202) 588-5020
nsus@citizensforethics.org

*Counsel for Plaintiffs*