IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN PUBLIC HEALTH ASSOCIATION, et al., <br><br> v. <br><br> OFFICE OF MANAGEMENT AND BUDGET, et al., | Case No. 25-cv-00167 |

**DECLARATION OF DONALD K. SHERMAN IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Donald K. Sherman, hereby declare:

1. My name, office address, and telephone number are as follows:

    Donald K. Sherman
    Citizens for Responsibility and Ethics in Washington 1331 F Street, Suite 900
    Washington, DC 20004
    Tel: (202) 408-5565

2. I have been admitted to the following courts and bars:

    State Bar of New York (active) (No. 4636742)
    Bar of the Supreme Court of the United States (active) (No. 320720)
    District Court, City and County of Denver, Colorado (inactive)

3. I am currently in good standing with all states, courts, and bars in which I am admitted. I have not been disciplined by any bar. I have not previously been admitted *pro hac vice* in this Court.

4. I certify that I am generally familiar with this Court's Local Rules.

5. I declare under penalty of perjury that the foregoing is true and correct

Dated: January 24, 2025

Respectfully submitted,

_____
Donald K. Sherman
CITIZENS FOR RESPONSIBILITY AND
ETHICS IN WASHINGTON
P.O. Box 14596 Washington, D.C. 20044

1