**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN PUBLIC HEALTH ASSOCIATION, et al., <br><br> v. <br><br> OFFICE OF MANAGEMENT AND BUDGET, et al., | Case No. 25-cv-00167 |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's motion for admission of attorney Donald K.

Sherman *pro hac vice*, the motion is granted.

DATED: _____

_____
Amy Berman Jackson
United States District Judge