# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN PUBLIC HEALTH ASSOCIATION, et al., <br><br> v. <br><br> OFFICE OF MANAGEMENT AND BUDGET, et al., | Case No. 25-cv-00167 |

## NOTICE OF FILING OF PROOF OF SERVICE

Plaintiffs, by counsel, respectfully submit the affidavits of Carrie Hollingshed, attached as Exhibit 1, as proof that service of process has been effectuated on the U.S. Attorney for the District of Columbia; the U.S. Attorney General; and Defendants, the Office of Management and Budget (OMB), the Acting Director of OMB, and the Department of Government Efficiency, an advisory committee subject to the Federal Advisory Committee Act, in the above-captioned matter.

Dated: January 27, 2025.

Respectfully submitted,

*/s/ Benjamin Seel*
Robin F. Thurston (D.C. Bar No. 462679)
Aman T. George (D.C. Bar No. 1028446)
Benjamin Seel (D.C. Bar No. 1035286)
Skye L. Perryman (D.C. Bar No. 984573)
DEMOCRACY FORWARD
FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
Telephone: (202) 448-9090
Fax: (202) 796-4426
rthurston@democracyforward.org
ageorge@democracyforward.org
bseel@democracyforward.org
sperryman@democracyforward.org

Donald K. Sherman* (N.Y. Bar No. 4636742)
Nikhel S. Sus (D.C. Bar No. 1017937)

CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON
P.O. Box 14596
Washington, D.C. 20044
Telephone: (202) 408-5565
Fax: (202) 588-5020
dsherman@citizensforethics.org
nsus@citizensforethics.org

**Pro hac vice* motion pending

*Counsel for Plaintiffs*