# EXHIBIT 1

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**American Public Health Association, et al.**
**Plaintiffs**

vs.    Case No.: 25-cv-167-ABJ

**Office of Management and Budget, et al.**
**Defendants**

### AFFIDAVIT OF SERVICE BY FEDERAL EXPRESS

I, Carrie Hollingshed, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): Summons, Notice of Designation of Related Civil Cases Pending in this or Any Other United States Court, and Complaint for Injunctive, Mandamus, and Declaratory Relief

SERVE TO: Office of Management and Budget

SERVICE ADDRESS: 725 17th Street, NW, Washington, DC 20503

METHOD OF SERVICE: Service was completed by sending a copy of the documents listed herein to Office of Management and Budget, 725 17th Street, NW, Washington, DC 20503 on 01/24/2025 via Federal Express, Two Day Shipping, Tracking Number: 771667055266.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on 01/27/2025

Carrie Hollingshed

Client Ref Number:
Job #:12574979

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**American Public Health Association, et al.**
**Plaintiffs**

vs.    Case No.: 25-cv-167-ABJ

**Office of Management and Budget, et al.**
**Defendants**

### AFFIDAVIT OF SERVICE BY FEDERAL EXPRESS

I, Carrie Hollingshed, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): Summons, Notice of Designation of Related Civil Cases Pending in this or Any Other United States Court, Complaint for Injunctive, Mandamus, and Declaratory Relief

SERVE TO: Acting Director of the Office of Management and Budget, in their official capacity

SERVICE ADDRESS: 725 17th Street, NW, Washington, DC 20503

METHOD OF SERVICE: Service was completed by sending a copy of the documents listed herein to Acting Director of the Office of Management and Budget, in their official capacity, 725 17th Street, NW, Washington, DC 20503 on 01/24/2025 via Federal Express, Two Day Shipping, Tracking Number: 771667025804.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on 01/27/2025

Carrie Hollingshed

Client Ref Number:
Job #:12575054

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**American Public Health Association, et al.**
                  *Plaintiffs*

                  *vs.*            Case No.: 25-cv-167-ABJ

**Office of Management and Budget, et al.**
                 *Defendants*

### *AFFIDAVIT OF SERVICE BY FEDERAL EXPRESS*

*I, Carrie Hollingshed, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.*

*DOCUMENT(S): Summons, Notice of Designation of Related Civil Cases Pending in this or Any Other United States Court, Complaint for Injunctive, Mandamus, and Declaratory Relief*

*SERVE TO: Department of Government Efficiency, an advisory committee subject to the Federal Advisory Committee Act c/o Office of Management and Budget*

*SERVICE ADDRESS: 725 17th Street, NW, Washington, DC 20503*

*METHOD OF SERVICE: Service was completed by sending a copy of the documents listed herein to Department of Government Efficiency, an advisory committee subject to the Federal Advisory Committee Act c/o Office of Management and Budget, 725 17th Street, NW, Washington, DC 20503 on 01/24/2025 via Federal Express, Two Day Shipping, Tracking Number: 771667077823.*

*I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.*

*Executed on 01/27/2025*

*Carrie Hollingshed*

*Client Ref Number:*
*Job #:12575289*

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

*American Public Health Association, et al.*
*Plaintiffs*

vs.   Case No.: 25-cv-167-ABJ

*Office of Management and Budget, et al.*
*Defendants*

## AFFIDAVIT OF SERVICE BY FEDERAL EXPRESS

I, Carrie Hollingshed, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): Summons, Notice of Designation of Related Civil Cases Pending in this or Any Other United States Court, Complaint for Injunctive, Mandamus, and Declaratory Relief

SERVE TO: Office of Management and Budget, Acting Director of the Office of Management and Budget, in their official capacity, and Department of Government Efficiency, an advisory committee subject to the Federal Advisory Committee Act c/o U.S. Attorney General

SERVICE ADDRESS: 950 Pennsylvania Avenue, NW, Washington, DC 20530

METHOD OF SERVICE: Service was completed by sending a copy of the documents listed herein to Office of Management and Budget, Acting Director of the Office of Management and Budget, in their official capacity, and Department of Government Efficiency, an advisory committee subject to the Federal Advisory Committee Act c/o U.S. Attorney General, 950 Pennsylvania Avenue, NW, Washington, DC 20530 on 01/24/2025 via Federal Express, Two Day Shipping, Tracking Number: 771667206241.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on 01/27/2025

*Carrie Hollingshed*

*Client Ref Number:*
*Job #:12575363*

Case 1:25-cv-00167-JMC    Document 11-1    Filed 01/27/25    Page 9 of 11

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

*American Public Health Association, et al.*
*Plaintiffs*

vs.

Case No.: 25-cv-167-ABJ

*Office of Management and Budget, et al.*
*Defendants*

### AFFIDAVIT OF SERVICE BY FEDERAL EXPRESS

I, Carrie Hollingshed, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): Summons, Notice of Designation of Related Civil Cases Pending in this or Any Other United States Court, Complaint for Injunctive, Mandamus, and Declaratory Relief

SERVE TO: Office of Management and Budget, Acting Director of the Office of Management and Budget, in their official capacity, and Department of Government Efficiency, an advisory committee subject to the Federal Advisory Committee Act c/o Civil Process Clerk

SERVICE ADDRESS: 601 D Street, NW, Washington, DC 20530

METHOD OF SERVICE: Service was completed by sending a copy of the documents listed herein to Office of Management and Budget, Acting Director of the Office of Management and Budget, in their official capacity, and Department of Government Efficiency, an advisory committee subject to the Federal Advisory Committee Act c/o Civil Process Clerk, 601 D Street, NW, Washington, DC 20530 on 01/24/2025 via Federal Express, Two Day Shipping, Tracking Number: 771667170637.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on 01/27/2025

*Carrie Hollingshed*

*Client Ref Number:*
*Job #:12575408*

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050