Rev. 11/2020

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

AMERICAN PUBLIC HEALTH ASSOCIATION, ET AL

    Plaintiff

    vs.

MINORITY VETERANS OF AMERICA, ET AL

    Defendant

Civil No.  25-167  (JMC)

Category  E

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on  1/28/2025  from  Judge Amy Berman Jackson  to  Judge Jia M. Cobb  by direction of the Calendar Committee.

(Case Related)

<u>JUDGE RUDOLPH CONTRERAS</u>
Chair, Calendar and Case Management Committee

cc:  Judge Amy Berman Jackson  & Courtroom Deputy
Judge Jia M. Cobb  & Courtroom Deputy
Liaison, Calendar and Case Management Committee