IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICAN PUBLIC HEALTH
ASSOCIATION, *et al.*,

       *Plaintiffs*,

v.

OFFICE OF MANAGEMENT AND
BUDGET, *et al.*,

       *Defendants*.

Case No. 1:25-cv-00167-JMC

## NOTICE OF APPEARANCE

Please take notice that Anna L. Deffebach, Trial Attorney at the United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters her appearance as counsel of record for the Defendants in the above-captioned matter.

Dated: February 4, 2025

Respectfully Submitted,

BRETT A. SHUMATE
Acting Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

*/s/ Anna L. Deffebach*
Anna L. Deffebach (DC Bar # 241346)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 305-8356
Facsimile: (202) 616-8460

Email: anna.l.deffebach@usdoj.gov

*Counsel for Defendants*